**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6983**

───────────

PERCELL FEDWOOD WARREN,

                                    Petitioner - Appellant,

        versus

DAVID A. GARRAGHTY, Warden,

                                    Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-99-782)

───────────

Submitted:  November 9, 2000        Decided:  November 15, 2000

───────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Percell Fedwood Warren, Appellant Pro Se.  Donald Eldridge Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Percell Fedwood Warren seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Warren v. Garraghty, NO. CA-99-782 (E.D. Va. June 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2